May 14, 2021

James H. Brady
510 Sicomac Ave.
Wyckoff, NJ 07481

Honorable Lewis J. Liman
United States Courthouse
500 Pearl St.
New York NY 10007-03481

Re: Index No: 21-cv-03482 *James H Brady v. NYP Holdings and Kathianne Boniello*

 Judge Liman:

This letter is in response to the May 14,2021 letter to this Court by Jeremy Chase.

It is disingenuous and desperate that Mr. Chase would be now making the false argument that the defamation of character case against the New York Post and Ms. Boniello would be barred by the filing injunction imposed by Judge Engelmayer in the case of James H Brady v IGS Realty when it was proven to him 6 weeks ago by me and Judge Engelmayer that the filing injunction in that case has nothing to do with the my right to file a defamation of character lawsuit against the New York Post and its reporter Kathianne Boniello.

The attachment to Mr. Chase's May 14,2021 letter was an Order from Judge Engelmayer where it was proven that Judge Engelmayer confirmed the filing injunction would not prevent my defamation of character claims against NYP Holdings and Ms. Boniello.

 I was the one that sent Mr. Chase Judge Engelmayer's Order  6 weeks ago when the case was first filed since that is when Mr. Chase was first attempting to make the disproven argument that the filing injunction would bar me from filing a Defamation of Character lawsuit against NYP Holdings and its reporter Kathianne Boniello.

In his letter Mr. Chase was also asking that discovery be stayed. The Court is asked to deny this request since there is no reason to stay discovery and much of the discovery already took place and the subpoena deposition testimony of Ms Boniello is already scheduled for May 24, 2021.

Also on May 4, 2021 during the deposition of Gregory Sheindlin it was stated by Gregory Sheindlin and his attorney Michael Sussman that they never even had any communications with Ms. Bonniello and Mr. Sheindlin and Mr. Sussman said thus that the quotes that Ms. Boniello said were made to her by them were not true

The deposition testimony of Mr. Sheindlin shows both he and his attorney Michael Sussman deny any part in the defamatory story narrative and say that Ms. Boniello created the whole story without ever having ever communicated with either of these men.

The New York Post story shows that Ms. Boniello also gave the false impression that she had spoken to me for comment before the April 3,2021 story was put on line when in actuality she only communicated with me once 50 days before she posted her knowingly false and defamatory April 3,2021 online story.

Sincerely,

/s/ James H. Brady
James H. Brady