UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES H. BRADY,

                Plaintiff,

   -against-                                         21 **CIVIL** 3482 (LJL)

## **JUDGMENT**

NYP HOLDINGS, INC. d/b/a THE NEW YORK
POST and KATHIANNE BONIELLO,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motion to dismiss the Complaint with prejudice is GRANTED both because it fails to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) and because it violates the filing injunction. The motion for sanctions under N.Y. Civil Rights Law § 70-a(1)(a) is denied. Neither Defendants nor Plaintiff address the sanctions that the Court should impose for violation of the filing injunction.

**Dated:** New York, New York

      March 31, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                                     **BY:**

                                                       **Deputy Clerk**