# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand twenty-two.

James H. Brady,

   Plaintiff - Appellant,

v.

NYP Holdings, Inc., DBA The New York Post, Kathianne Boniello,

   Defendants - Appellees.

**ORDER**

Docket No. 22-985

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 23 2022

On May 17, 2022, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated June 21, 2022.

IT IS ORDERED that the stay of this appeal is hereby lifted.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/23/2022