**MANDATE**

S.D.N.Y. – N.Y.C.
21-cv-3482
Liman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand twenty-three.

James H. Brady,

*Petitioner*,

v.

22-985

NYP Holdings, Inc., DBA The New York Post, Kathianne Boniello,

*Respondents*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 01 2023

In 2021, this Court entered a leave-to-file sanction against Petitioner, ordering, *inter alia*, "that the Clerk of the Court refuse to accept for filing from the Plaintiff-Appellant any future appeal, motion, or other papers unless he first obtains leave of the Court." *Brady v. Sheindlin*, 2d Cir. 21-669, Doc. #88 (2d Cir. filed Dec. 27, 2021). Petitioner now moves for leave to file this appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED. The appeal Petitioner now seeks to pursue "is only a continuation of the prior pattern of vexatious filings." *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993). It does not "depart from [his] past practice[,]" nor does it "present a matter requiring plenary consideration[.]" *Id.*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/01/2023